ORIGINAL
COPY

DAVID D. GREEN #19991-083
Name and Prisoner Number/Alien Registration Number

FEDERAL CORRECTIONAL FAC. TUCSON
Place of Confinement

P.O. BOX 23811
Mailing Address

TUCSON, ARIZONA 85734
City, State, Zip Code

```
       ┌─────────────────────────────────┐
       │  ___ FILED                      │
       │      RECEIVED        ___ LODGED │
       │                          COPY   │
       │  ┌───────────────────────────┐  │
       │  │                           │  │
       │  │     NOV 2 0 2017          │  │
       │  │                           │  │
       │  └───────────────────────────┘  │
       │      CLERK U S DISTRICT COURT   │
       │       DISTRICT OF ARIZONA       │
       │  BY                     DEPUTY  │
       └─────────────────────────────────┘
```

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

DAVID D. GREEN
(Full Name of Petitioner)

                    Petitioner,

        vs.

R.L. Rhodes
(Name of Warden, Jailor or authorized person
having custody of Petitioner)

                    Respondent.

CV17-0570 TUCDCBEJM

CASE NO. _____
        (To be supplied by the Clerk)

PETITION UNDER 28 U.S.C. § 2241
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY

## PETITION

1.  What are you challenging in this petition?
    ☐  Immigration detention
    ☐  Bureau of Prisons sentence calculation or loss of good-time credits
    ☑  Probation, parole or supervised release
    ☑  Other (explain): _Parole Revocation hearing._

2.  (a) Name and location of the agency or court that made the decision you are challenging: _U.S. Parole_
    _Commissions National Appeals Board. Wash, D.C._

    (b) Case or opinion number: _____

    (c) Decision made by the agency or court: _Affirm the previous decision_
    _denied appeals._

Revised 3/9/07

1

530

(d) Date of the decision: *November 3, 2017*

3. Did you appeal the decision to a higher agency or court?    Yes ☐    No ☑

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____
    _____
    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____
    _____
    _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: _____

    (2) Date you filed: _____

(3) Opinion or case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

4.   If you did not appeal the decision to a higher agency or court, explain why you did not: _____

*The National Appeal Board decisions ARE final. So now Im Appealing to the courts.* _____

_____

_____

5.   Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?        Yes ☐        No ☑

If yes, answer the following:

(a) Name of the agency or court: _____

(b) Date you filed: _____

(c) Opinion or case number: _____

(d) Result: _____

(e) Date of result: _____

(f) Issues raised: _____

_____

_____

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

6.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

CAUTION:  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

3

GROUND ONE: The U.S.P.C. made a procedural error in my case, and a different decision would have resulted had the correct procedures been followed, under the Salient Factor Score system.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

My Notice of Action sheet dated July 20, 2017. At my Parole Revocation hearing my parole was Revoked and Continued to a presumptive Re-parole date of June 24, 2019, after the serice of 52 months. (See Attachment #1 ex #1). On August 7, 2017 I appealed that decision to the National Appeal board, which was affirmed and denied on November 3, 2017, By the National appeal board. (See Attachments #2 ex # 2) During my Parole Revocation hearing held, on June 23, 2017 under 2.20 U.S. Parole Commission Policy Guidelines I was scored as a Category Five offense Serivity. And was scored as a Salient Factor Score of 4 which placed me in a Guideline Range of 48-60 month (5-4) Fair Risk. (See Attachments #1 pg. 3 Notice of Action sheet, S.F.S. Instructions). Under (ITEM B) Prior Commitment of 30 days, I should have been given one point for having only 2 prior Commitments of 30 days or more, which would have made my Salient factor score a Five instead of a four (4) (Please see ex #2) grounds one appeals pg 1. The National Appeals board was correct to point out that I only had two (2) prior Commitments of 30 days or more. However the U.S.P.C. used my Current Conviction of Conspiracy to Commit Hobbs Act Robbery as a Prior Commitment, which in it's self is an error. (cont. grounds ONE)

(b) Did you exhaust all available administrative remedies relating to Ground One?   Yes ☒   No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☒ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

_____
_____
_____
_____
_____
_____
_____

(ground one continued)

(ground one continued) From pg 4 (Supporting Facts)
According to 2.20 Parole Policy Guidelines.
Salient Factor Score (SFS) 98 (See Attachment.
Ex #3 Salient Factor Scoring Manual)
(Item B) (B.1) and (B.2) (See also Ex #2)
The National Appeal boards Explanation of them
making an Clear Error of using my Current Conviction
of Conspiracy to Commit Hobbs Act Robbery as a prior
Commitment of 30 days to score me a Zero is a clear
Error. Please Correct Error. given that one point
would have made my Salient factor Score a 5 instead of
an 4. which would have made a difference in my
Guidelines Range, Along with other scoring factors.
2.20 parole policy clearly states the you are not
to use current convictions to score Items in
Item B which is the basis for my parole
being Revoked. My Current Convictions for
Conspiracy Can Not be used as a prior Commitment
or prior Convictions for the purposes of
Item B of 2.20 Parole Policy Guidelines.
                    Please Correct this Error.

**GROUND TWO:** THE Commission MADE AN ERROR in applying the Guidelines. Which would have Resulted in a different Salient Factor Score had the procedures been followed Correctly.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

I should have RECEIVED AN additional point under Item D. Recent Commitment FREE period (3 years) of the Salient factor SCORE Item, which in turn would have given me 6 points under the Salient Factor scoring manual, which would have placed me in a Good Risk category with a guideline RANGE of 36 to 48 month instead of a (5 to 4) RANGE of FAIR Risk of 48 to 60 months. (SEE Attachments EX #4) I RECEIVED O points for this Item. (PLEASE SEE Attachments ex. #5) 2.20 PAROLING Policy Guidelines. Special Instructions - Parole or Supervised Release Violator this time. (Item D) Count backwards 3 years from the commencement of the violation behavior including (New Criminal behavior) I should have BEEN given one point for this Item which would have made my Salient Factor SCORE a 6 along with the other SCORED Items in turn would have placed me in a Category 5 offense Serenity and Guideline Range of 36 - 48 months (Good Risk 7-6) points instead of (5-4 FAIR Risk) of the (S.F.S. 98) I was paroled on May 17, 2011 for my prior convictions of 2nd degree murder. I was ARRESTED on Feb 23, 2015 some 45 months After being in the Community for almost 4 years. (CONTINUE. GROUND TWO)

(b) Did you exhaust all available administrative remedies relating to Ground Two?   Yes ☑   No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☑ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:

_____
_____
_____
_____
_____
_____
_____

( Ground Two
  Continued )

( Ground Two Continued From page (5) )

SEE Attachments #6, letter from William Tavik JR. my Parole officer who was supervising my parole At the time. Explaining how long I WAS In the community PRIOR to my CURRENT ARREST and Convictions. If you count backwards 3 years from From Feb 23, 2015 to May 13, 2011 that adds up to 45 months of Item D. ( Commitment FREE for 3 years in the Community without any commitments other than my prior Commitment for which I was paroled on May 13 2011. Item D. Clearly states, ( Commitment FREE PREIOD of 3 years ) I have NO PRIOR Commitments SINCE my Release to the Community. The language SAYS Commitment FREE-Period for 3 years.

    I should have been given an additional point for this Item as well. which would again placed me in a Category 5 Guideline Range of 36-48 months. Can you please correct this ERROR.

BLACK Law Dictionary Def: for Commitment:
1. The Act of Confining a person in a prison, Hospital, or other Institution.

Let the Record Reflect, (I have Not been committed to ANY PRISONS) Between May 13, 2011 and Feb 23, 2015. more than (3 years Commitment FREE)

**GROUND THREE:** Had the Commission followed the procedures of the parole Policy Procedures, my Guidelines would have been different.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

The parole Commission and the National appeals board errored when they placed me in a Category 6 Guideline Range of 64-78 month by scoring my offense as me pleading guilty to 3 counts of Robbery, and saying that I was convicted of 3 counts of Robbery. (See Attachments. Ex #2 page 1 and 2) I was never convicted of 3 Counts of Conspiracy to Commit Hobbs Act Robbery. (See Attachment # Ex.#7 Judgement and Commitment order.) I was convicted of 1 count of Conspiracy to commit Hobbs act Robbery. I was never indicted for my crimes I plead guilty to the criminal Information in the warrant for my arrest. Because of this error I was placed in a Category 6 Guideline Range of 64 to 78 month, which is a significant increase from Category 5 Guideline Range of 36 - 48 months. There is no supporting evidence that I plead to or was convicted of (3 counts of Conspiracy to Commit Hobbs Act Robbery) and no aggravating factors to justifying increasing the severity Rating. There are clearly mitigating factors that warranted a different decision. (See Attachment Ex #8 2.20 parole Policy.)

(b) Did you exhaust all available administrative remedies relating to Ground Three?   Yes ☑  No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☑ The Parole Commission
   ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why:

_____
_____
_____
_____
_____
_____

**GROUND FOUR:** _____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you exhaust all available administrative remedies relating to Ground Four?        Yes ☐     No ☐

(c)  If yes, did you present the issue to:
    ☐  The Board of Immigration Appeals
    ☐  The Office of General Counsel
    ☐  The Parole Commission
    ☐  Other: _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

_____

_____

_____

_____

_____

_____

7

**Please answer these additional questions about this petition:**

7.   Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐      No ☑
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:

    (a)   Have you filed a motion under 28 U.S.C. § 2255?        Yes ☐        No ☐

        If yes, answer the following:

        (1)  Name of court: _____

        (2)  Case number: _____

        (3)  Opinion or case number: _____

        (4)  Result: _____

        (5)  Date of result: _____

        (6)  Issues raised: _____
        _____
        _____
        _____

        Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

    (b)   Explain why the remedy under § 2255 is inadequate or ineffective: _____
_____
_____
_____
_____

8.   If this case concerns immigration removal proceedings, answer the following:

    (a)   Date you were taken into immigration custody: _____

    (b)   Date of removal or reinstatement order: _____

    (c)   Did you file an appeal with the Board of Immigration Appeals?      Yes ☐      No ☐

        (1)  Date you filed: _____

        (2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)  Did you file an appeal with the federal court of appeals?      Yes ☐      No ☑

(1) Name of the court: _____

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.  Petitioner asks that the Court grant the following relief: *THAT ANY AND ALL ERRORS be CORRECTED IN THE RECORD and ANY oTHER RElief the Court deEms NECESSARY And to be RecoNsidered under the CoRRect Guidelines . thank you .*

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___*November 15, 2017*___ (month, day, year).

_____*19991-083*_____

**Signature of Petitioner**

_____        _____

Signature of attorney, if any                    Date

9